UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| **ROBERT VREELAND,** | |
| Plaintiff, | |
| | Case No. 1:21-cv-00275-STV |
| v. | |
| **MICHAEL RAY RUE** d/b/a Michael Rue Logging and in his individual capacity | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, and without fees or costs to any party as against the other. Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

| FISHER & PHILLIPS LLP | ANDERSONDODSON, P.C. |
|---|---|
| *s/ Micah Dawson* | *s/ Penn Dodson* |
| Micah Dawson | Penn Dodson |
| mdawson@fisherphillips.com | penn@andersondodson.com |
| 1125 17th St, Suite 2400 | 11 Broadway, Suite 615 |
| Denver, CO 80202 | New York, NY 10004 |
| | |
| Attorney for Defendants | Attorneys for Plaintiff |

1

SO ORDERED:

_____
U.S.D.J

Dated: _____